

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Devjani H. Mishra
Shareholder
212.497.8482 direct
212.583.9600 main
dmishra@littler.com

October 29, 2025

*In light of the news herein that the parties have reached a resolution and are finalizing their written agreement, the Court is separately entering an Order of Dismissal.*

*The Clerk of Court is directed to terminate ECF No. 25.*

*VIA ECF*

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Dated: October 30, 2025

Re:  *Tanaka Mawindi v. TechStars Central, LLC, et al.*; Case No. 1:24-cv-004739 (JHR)

Dear: Judge Rearden:

    We represent Defendant Techstars Central, LLC ("Defendant") in the above-referenced matter. We write pursuant to your Honor's Individual Rules and Practices and with Plaintiff's consent to request an adjournment of the initial pretrial conference currently scheduled for October 31, 2025.

    The parties recently engaged in private mediation before a JAMS mediator and were able to reach a resolution. The parties are currently finalizing their written agreement. Defendant provided Plaintiff with a draft agreement to review on October 24, 2025, and awaits Plaintiff's comments on the same.

    In light of the expected settlement of this matter, Defendant respectfully requests an adjournment *sine die* of the conference currently scheduled for October 31, as well as an extension of time for the parties to submit a joint status report and case management plan. This is Defendant's first request for an adjournment of this conference or extension of time to submit the joint letter.

    Plaintiff consents to this request.

Respectfully submitted,

*/s/ Devjani H. Mishra*
Devjani H. Mishra

cc:    All counsel of record (via ECF)